UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Jamie Klompstra**, | ) |
| | ) Case No. 1:09-cv-804 |
| Plaintiff, | ) |
| | ) Hon. Gordon J. Quist |
| v. | ) |
| | ) |
| **LTD Financial Services, L.P.,** a Texas limited partnership, **Paragon Way, Inc.,** a Texas corporation, and **Collins Financial Services, Inc.,** a Texas corporation, | ) |
| | ) |
| Defendants. | ) |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Jamie Klompstra, through her attorney of record, files this Notice of Dismissal, with no defendant having served an answer or a motion for summary judgment.

This action is dismissed with prejudice as to all defendants.

Dated: October 6, 2009

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com